IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLORIA SUN JUNG YUN, et al., | : |
| Plaintiffs, | : |
| v. | : 3:18-CV-649 |
| | : (JUDGE MARIANI) |
| BANK OF AMERICA, N.A., et al., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 23rd DAY OF MARCH, 2018, upon consideration of Plaintiffs' filings, (Docs. 1-3), **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' Motion for Leave to Proceed *In Forma Pauperis*, (Doc. 3), is **GRANTED**.

2. Plaintiffs' Complaint, (Doc. 1), is **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction.

3. Plaintiffs' Motion for Injunctive Relief, (Doc. 2), is **DISMISSED AS MOOT**.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Court Judge